UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                               Case No. 2:05:CR:53

v.

                                       HON. GORDON J. QUIST

ROBERT FABER,

       Defendant.
                                 /

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Defendant on April 14, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore, the Court will adopt the Report and Recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (docket no. 45) is **APPROVED AND ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion to suppress (docket no. 24) is **DENIED**.

Dated: May 25, 2010                                        /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE